[No. 2269–2.   Division Two.   June 7, 1977.]

RODNEY LINDBERG, *Appellant,* v. BARBARA MORRIS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 230747, Robert A. Jacques, J., entered January 19, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2047–2.   Division Two.   June 7, 1977.]

GARRON PETRICK, *Appellant,* v. BEACH IMPORTS,
INC., *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 63443, Robert J. Bryan, J., entered August 21, 1975. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1974–2.   Division Two.   June 7, 1977.]

L. D. BRENT, ET AL, *Respondents,* v. STANLEY R.
WITTY, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for Cowlitz County, Nos. 38455, 38456, Frank L. Price, J., entered July 11, 1975. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.